*E-Filed 12/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS DAVID MALMIN, | No. C 13-2455 RS (PR) |
|     Petitioner, | **ORDER EXTENDING TIME** |
|     v. | |
| MARION SPEARMAN, Warden, | |
|     Respondent. | |

Respondent's motion to extend time to file an answer or other response (Docket No. 9) is GRANTED. Such response shall be filed on or before February 13, 2014. The Clerk shall terminate Docket No. 9.

**IT IS SO ORDERED**.

DATED: December 20, 2013

                                        RICHARD SEEBORG
                                      United States District Judge

United States District Court
For the Northern District of California