*E-Filed 12/20/13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS DAVID MALMIN, | No. C 13-2455 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

Respondent's motion to extend time to file an answer or other response (Docket No. 9) is GRANTED. Such response shall be filed on or before February 13, 2014. The Clerk shall terminate Docket No. 9.

**IT IS SO ORDERED**.

DATED: December 20, 2013

RICHARD SEEBORG
United States District Judge